**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-7569

---

LAWRENCE MICHAEL HARRISON, SR.,

Plaintiff - Appellant,

versus

GEORGE C. FORD; MICHAEL SPILLAN; JANE DOE; BOB
ALLISON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-99-347-5-BO)

---

Submitted:  March 23, 2000          Decided:  March 30, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Lawrence Michael Harrison, Sr., Appellant Pro Se.  Walter Edgar Brock, Jr., YOUNG, MOORE & HENDERSON, P.A., Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Michael Harrison, Sr., appeals the district court's order dismissing his civil action for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, but modify to reflect a dismissal without prejudice. See Harrison v. Ford, No. CA-99-347-5-BO (E.D.N.C. Nov. 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED